David Thomas Bartels, Esq.  SBN:  209449
LAWRENCE BARTELS LLP
7700 Irvine Center Drive  800
Irvine, CA 92618
(949) 346-4646

## United States District Court Central District of California
## Western Division

| THOMAS LOPEZ, etc., et al. | Plaintiff(s) | CASE NUMBER:<br>2:26-cv-06003-SK |
|---|---|---|
| v. | | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| CITY OF LOS ANGELES, etc., et al. | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

a. ☑ Summons ☐ First Amended Complaint ☐ Third Party Complaint
☑ Complaint ☐ Second Amended Complaint ☐ Counter Claim
☐ Alias Summons ☐ Third Amended Complaint ☐ Cross Claim
☑ other **See attached Document List**

2. **Person served:**

a. ☑ Defendant *(name:)* **MARK FRONTEROTTA, in his official capacity as Chief of Police of the City of Inglewood**
b. ☐ Other *(specify name and title or relationship to the party/business named):*

c. ☑ Address where the papers were served:  **1 W Manchester Blvd Fl 1**
**Inglewood, CA 903011764**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

a. ☑ Federal Rules of Civil Procedure

b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

a. ☐ By **Personal Service.** By personally delivering copies.  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

  1. ☐ **Papers were served on** *(date):* **at** *(time):*

b. ☑ By **Substituted Service.** By leaving copies:  **Officer Devlin - Police Officer**
  **Age: 26 - 30        Weight: 141-160 Lbs        Hair: Brown        Sex: Male**
  **Height: 5'1 - 5'6      Eyes: Brown        Race: Latino        Marks: None**

  1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

  2. ☑ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

  3. ☑ **Papers were served on** *(date):* **6/15/2026** at *(time):* **11:29 AM**

  4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

  5. ☑ **papers were mailed on** Jun 15, 2026 - DECLARATION OF MAILING ATTACHED

  6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender.  **(Attach completed Waiver of Service of summons and Complaint).**

# Nationwide Legal, LLC

901 W. Civic Center Drive, Suite# 190
Santa Ana, CA 92703
Phone: (714) 558-2400   Fax: (714) 558-2401

Continued from Proof of Service

**CLIENT:** LAWRENCE BARTELS LLP

**CLIENT FILE #:** LOPEZ, et al. v. CITY OF LA                    **DATE:** June 15, 2026

**SUBJECT:** MARK FRONTEROTTA, in his official capacity as Chief of Police of the City of Inglewood

**SERVED:** Officer Devlin - Police Officer

Summons; Complaint; CIVIL COVER SHEET; CERTIFICATE AND NOTICE OF
INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE
AND DECLINATION OF CONSENT (FOR USE IN DIRECT ASSIGNMENT OF CIVIL
CASES TO MAGISTRATE JUDGES PROGRAM ONLY)



d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.  (F.R.Civ.P. 4(h)) (C.C.P. 416.10)**  By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)**  By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5.  Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

Name of person served:

**Title of person served:**

**Date and time of service:**  *(date):*  at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6.  At the time of service I was at least 18 years of age and not a party to this action.

7.  Person serving *(name, address and telephone number)*:

**Alberto J. Gutierrez Rodriguez**
**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**

a.  Fee for service: $ **375.66**

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☑ Registered California process server
Registration # :**5360**
County: **Los Angeles**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  **June 15, 2026**       _____**Alberto J. Gutierrez Rodriguez**_____       _____
                                          *Type or Print Server's Name*                                    *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)

PAGE 2

**OC269102A**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| David Thomas Bartels, Esq. | SBN: 209449<br>LAWRENCE BARTELS LLP<br>7700 Irvine Center Drive  800 Irvine, CA 92618<br><br>TELEPHONE NO.: (949) 346-4646 | FAX NO. (949) 209-0466 | E-MAIL ADDRESS<br>ATTORNEY FOR (Name): Plaintiffs: THOMAS LOPEZ, etc., et al. | | |

**United States District Court Central District of California**

STREET ADDRESS: 350 W. 1st Street

MAILING ADDRESS:

CITY AND ZIP CODE: Los Angeles, CA 90012

BRANCH NAME: Western Division

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER:  THOMAS LOPEZ, etc., et al.<br><br>DEFENDANT/RESPONDENT:  CITY OF LOS ANGELES, etc., et al. | 2:26-cv-06003-SK |

| | Ref. No. or File No.: |
|---|---|
| **DECLARATION OF DILIGENCE** | LOPEZ, et al. v. CITY OF LA |

I, Alberto J. Gutierrez Rodriguez , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: MARK FRONTEROTTA, in his official capacity as Chief of Police of the City of Inglewood as follows:
Documents:

**Summons; Complaint; CIVIL COVER SHEET; CERTIFICATE AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT (FOR USE IN DIRECT ASSIGNMENT OF CIVIL CASES TO MAGISTRATE JUDGES PROGRAM ONLY)**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 6/11/2026 | 3:33 PM | Business | Per Police Department Clerk, subject is not in today.<br>1 W Manchester Blvd Fl 1,  Inglewood, CA 903011764 |
| 6/12/2026 | 11:08 AM | Business | staff was rude, refused to provde any information said subject is not available but will not provide any other information.<br>1 W Manchester Blvd Fl 1,  Inglewood, CA 903011764 |
| 6/15/2026 | 11:29 AM | Business | Office kept advising that the matter was being followed up with the lieutenant to accept service. I kept asking for an update an office Devlin kept telling that his superior is busy. I waited for an hour. Documents left at the counter. Service was announced.<br>1 W Manchester Blvd Fl 1,  Inglewood, CA 903011764 |
| 6/15/2026 | 11:29 AM | Business | Substituted service on: MARK FRONTEROTTA, in his official capacity as Chief of Police of the City of Inglewood; 1 W Manchester Blvd Fl 1, Inglewood, CA 90301-1764; by serving: Officer Devlin - Police Officer, Latino Male 26 - 30 141-160 Lbs Brown 5'1 - 5'6 Brown. |

Fee for Service: **$ 375.66**

County:  **Los Angeles**
Registration No.:  **5360**
**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  June 15, 2026.

Signature: _____

**Alberto J. Gutierrez Rodriguez**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: OC269102A

| Attorney or Party without Attorney:<br>David Thomas Bartels, Esq., SBN: 209449<br>LAWRENCE BARTELS LLP<br>7700 Irvine Center Drive 800<br>Irvine, CA 92618<br>*TELEPHONE No.:* (949) 346-4646    *FAX No. (Optional):* (949) 209-0466 | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|

*Attorney for:* Plaintiffs THOMAS LOPEZ, etc., et al.

*Ref No. or File No.:*
LOPEZ, et al. v. CITY OF LA

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Central District of California - Western Division

*Petitioner:* THOMAS LOPEZ, etc., et al.

*Respondent:* CITY OF LOS ANGELES, etc., et al.

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:26-cv-06003-SK |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; CIVIL COVER SHEET; CERTIFICATE AND NOTICE OF  INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT (FOR USE IN DIRECT ASSIGNMENT OF CIVIL CASES TO MAGISTRATE JUDGES PROGRAM ONLY)

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Santa Ana, California, addressed as  follows:

    a. Date of Mailing:                 June 15, 2026

    b. Place of Mailing:              Santa Ana, CA

    c. Addressed as follows:       MARK FRONTEROTTA, in his official capacity as Chief of Police of the City of
                                     Inglewood
                                       1 W Manchester Blvd Fl 1
                                       Inglewood, CA 90301-1764

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Santa Ana, California in the ordinary course of  business.

Fee for Service: **$ 375.66**
  **Nationwide Legal, LLC REG: 12-234648**
  **901 W. Civic Center Drive, Suite# 190**
  **Santa Ana, CA 92703**
  **(714) 558-2400**
  **www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **June 15, 2026**.

**Signature:**_____
                             **Krista Formes**

**PROOF OF SERVICE BY MAIL**

                                                         **Order#: OC269102A/mailproof**