Name and address:
David T. Bartels (CSB# 209449)
dbartels@lawrencebartels.com
LAWRENCE BARTELS LLP
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
949-346-4646

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LOPEZ, et al.<br><br>v.                                Plaintiff(s)<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendant(s). | **CASE NUMBER**<br><br>2:26-cv-06003-FMO-KS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Flores, Chad R.                                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

713-364-6640

*Telephone Number          Fax Number*

chad@chadflores.law

*E-Mail Address*

FLORES LAW PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Thomas Lopez, Firearms Policy Coalition, Inc., and California Gun Rights Foundation

*Name(s) of Party(ies) Represented*                    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Bartels, David T.                                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

209449          949-346-4646

*Designee's Cal. Bar No.    Telephone Number    Fax Number*

dbartels@lawrencebartels.com

*E-Mail Address*

LAWRENCE BARTELS LLP
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**