HYDEE FELDSTEIN SOTO, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
200 North Main Street, Room 675
Los Angeles, California 90012
Telephone: 213-978-7558
Facsimile: 213-978-7011
gabriel.dermer@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LOPEZ, an individual; FIREARMS POLICY COALITION, INC., a Delaware nonprofit corporation; and CALIFORNIA GUN RIGHTS FOUNDATION, a California nonprofit corporation,<br><br>                              Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>                              Defendants. | **CASE NO.: 2:26-cv-06003-SK**<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)**<br><br>**Complaint served: July 9, 2026**<br>**Current response date: July 30, 2026**<br>**New response date: August 17, 2026** |

1

STIPULATION FOR AN EXTENSIONOF TIME TO RESPOND TO INITIAL COMPLAINT

WHEREAS, Defendants James McDonnell and Hydee Feldstein Soto were served with the summons and complaint on July 9, 2026.  Without an extension, Defendants would have until July 30, 2026 to respond to the complaint;

WHEREAS, Defendants need more time to investigate the allegations of the complaint in order to file a meaningful response to it;

WHEREAS, the parties also intend to discuss a resolution of the claims against Defendants, as well as the lawsuit, without expending further costs in litigation;

THEREFORE, per Local Rule 8-3, the parties, through their counsel, hereby stipulate to extend the time for Defendants James McDonnell and Hydee Feldstein Soto to respond to the Complaint until August 17, 2026.

It is so stipulated.

DATED: July 21, 2026

HYDEE FELDSTEIN SOTO, City Attorney
KATHLEEN A. KENEALY, Chief Asst. City Attorney
GABRIEL S. DERMER, Assistant City Attorney

By:    /s/   Gabriel S. Dermer

Attorneys for Defendants City of Los Angeles, James McDonnell and Hydee Feldstein Soto

DATED: July 21, 2026          FLORES LAW PLLC

By /s/ Chad Flores

Attorneys for Plaintiffs

Pursuant to L.R. 5-4.3.4(a)(2)(i) all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

STIPULATION FOR AN EXTENSIONOF TIME TO RESPOND TO INITIAL COMPLAINT