**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LOPEZ, et al., | Case No. CV 26-6003 FMO (KSx) |
| Plaintiffs, | |
| v. | **ORDER RE: SCHEDULING CONFERENCE** |
| CITY LOS ANGELES, et al., | |
| Defendants. | |

On July 6, 2026, the court entered an Order Setting Scheduling Conference which required the parties to participate in a Rule 26(f) conference by July 23, 2026, and file a Joint Rule 26(f) Report with the court by July 30, 2026. (See Dkt. 24, Court's Order of July 6, 2026, at 2). In the parties' Joint Rule 26(f) Report, plaintiffs state that the parties have "substantially conferred . . . as has been practicable" in conducting their Rule 26(f) conference, but acknowledge that they have only "partially conferred" with certain defense counsel who were "recently unavailable." (Dkt. 31, Joint Rule 26(f) Report at 3). The parties also state that they will "supplement" their Joint Rule 26(f) Report "as soon as is practicable." (Id.). That is plainly insufficient. The documents filed with this court are not first drafts, subject to revision or amendment at the parties' discretion.

"Parties fulfill their Rule 26(f) conference obligations only when the conference includes all parties in the suit." Yellow Brick Rd., LLC v. Koster, 2014 WL 12932224, *6 (D. Minn. 2014) (emphasis in original). "The purpose of the Rule 26(f) conference is undermined when less than

all parties involved in the suit participate in the planning." Id.  Given that the parties have decided to proceed under their own rules rather than those prescribed by the Federal Rules of Civil Procedure and the court's orders, the court will stay this action until all parties unequivocally participate in a Rule 26(f) conference and fully comply with the Federal Rules of Civil Procedure and the court's orders.  Accordingly, IT IS ORDERED THAT:

1. The Rule 26(f) Report **(Document No. 31)** is hereby **stricken**.  The parties shall file a renewed Joint Rule 26(f) Report no later than seven (7) days after conducting their Rule 26(f) conference.

2. The scheduling conference set for August 13, 2026, is hereby **vacated**.

3. Counsel for the parties shall conduct their Rule 26(f) conference no later than 60 days from the filing date of this Order.  **The Rule 26(f) conference must be conducted in person** at a location within the Central District of California.  As part of the renewed Joint Rule 26(f) Report, plaintiffs' counsel must include a declaration that sets forth, in detail, the entire meet and confer process (i.e., when and where it took place, how long it lasted, the names of the attorneys who participated, and a description of the matters discussed).  Failure to include such a declaration will result in the Joint Rule 26(f) Report being stricken.

4. This action is stayed pending the parties' compliance with the requirements as set forth in this Order.

5. Failure to comply with this Order may result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).

Dated this 10th day of August, 2026.

/s/
Fernando M. Olguin
United States District Judge