David Bartels (SBN 209449)
dbartels@lawrencebartels.com
LAWRENCE BARTELS LLP
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618-3047
(949) 346-4646

Chad Flores
chad@chadflores.law
FLORES LAW PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

Attorneys for Plaintiffs Thomas Lopez,
Firearms Policy Coalition, Inc. and California Gun Rights Foundation

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LOPEZ, an individual; FIREARMS POLICY COALITION, INC., a Delaware nonprofit corporation; and CALIFORNIA GUN RIGHTS FOUNDATION, a California nonprofit corporation,<br><br>Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES, a California municipal corporation; JAMES McDONNELL, in his official capacity as Chief of Police of the City of Los Angeles; HYDEE FELDSTEIN SOTO, in her official capacity as City Attorney for the City of Los Angeles; CITY OF INGLEWOOD, a California municipal corporation; MARK FRONTEROTTA, in his official capacity as Chief of Police of the City of Inglewood; | No. 2:26-cv-06003-FMO-KS<br><br>**PLAINTIFFS' RESPONSE TO THE DOCUMENT 33 ORDER TO SHOW CAUSE** |

RICK R. OLIVAREZ, in his official capacity as City Attorney for the City of Inglewood.

Defendants.

Plaintiffs file this response to the Court's Document 33 "Order to Show Cause Re: Dismissal Re: Lack of Prosecution," which tells the plaintiffs to "show cause in writing on or before September 3, 2026, why this action should not be dismissed for lack of prosecution." Doc. 33 at 1.

1) Plaintiffs maintain that there has been no failure to prosecute. Plaintiffs believed this Court's stay order to apply to Defendants' James McDonnell or Hydee Feldstein Soto answer deadline in this matter, and thus do not understand that deadline to have passed.

2) McDonnell and Feldstein Soto were served, and Plaintiffs filed proofs of service. Dkts. 27–28. The parties then stipulated under Local Rule 8-3 to extend these Defendants' response deadline from July 30, 2026, to August 17, 2026. Dkt. 30 at 1–2. On August 10, 2026 — seven days before that stipulated deadline — the Court entered its Order Regarding Scheduling Conference, which provides that "[t]his action is stayed pending the parties' compliance with the requirements as set forth in this Order." Dkt. 32 at 2.

3) Because the stay took effect before the response deadline expired and did not except responsive pleadings from its scope, Plaintiffs understood that to mean no answer became due while the stay remains in effect. For the same reason, Plaintiffs could not seek entry of default under Federal Rule of Civil Procedure 55(a). McDonnell and Feldstein Soto had not "failed to plead or otherwise defend"

when the Court entered the stay; their deadline was still running. Plaintiffs could not properly represent otherwise to the Clerk.

4) Nor has prosecution lapsed. Plaintiffs are prosecuting this action to final judgment. On August 28, 2026, Plaintiffs transmitted proposed stipulated judgments to both the Los Angeles Defendants and the Inglewood Defendants that would resolve the entire case, and requested each city's response by September 11, 2026. Counsel for the Los Angeles Defendants has since advised that the repeal of Los Angeles Municipal Code § 55.14 — the ordinance challenged in Count One — is on the City Council's agenda for September 2, 2026. The case is moving toward complete resolution, by judgment.

5) If the Court instead concludes that the stay did not suspend the responsive-pleading deadline, Plaintiffs stand ready to apply promptly for entry of default against McDonnell and Feldstein Soto under Rule 55(a) and to prosecute the action to judgment on that track.

6) Plaintiffs respectfully request that the Court discharge the Order to Show Cause. Alternatively, Plaintiffs will file an application for entry of default under Rule 55(a) on the schedule the Court directs.

Respectfully submitted,

Dated: September 2, 2026

**LAWRENCE BARTELS LLP**
By: */s/ David T. Bartels*
DAVID T. BARTELS
*Attorneys for Plaintiffs Thomas Lopez, Firearms Policy Coalition, Inc, and California Gun Rights Foundation*

**FLORES LAW PLLC**
By: */s/ Chad Flores*
CHAD FLORES
*Attorneys for Plaintiffs Thomas Lopez, Firearms Policy Coalition, Inc, and California Gun Rights Foundation*