David Bartels (SBN 209449)
dbartels@lawrencebartels.com
LAWRENCE BARTELS LLP
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618-3047
(949) 346-4646

Chad Flores
chad@chadflores.law
FLORES LAW PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

Attorneys for Plaintiffs Thomas Lopez,
Firearms Policy Coalition, Inc. and California Gun Rights Foundation

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LOPEZ, an individual; FIREARMS POLICY COALITION, INC., a Delaware nonprofit corporation; and CALIFORNIA GUN RIGHTS FOUNDATION, a California nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a California municipal corporation; JAMES McDONNELL, in his official capacity as Chief of Police of the City of Los Angeles; HYDEE FELDSTEIN SOTO, in her official capacity as City Attorney for the City of Los Angeles; CITY OF INGLEWOOD, a California municipal corporation; MARK FRONTEROTTA, in his official capacity as Chief of Police of the City of Inglewood; | No. 2:26-cv-06003-FMO-KS<br><br>**DECLARATION OF DAVID T. BARTELS IN SUPPORT OF JOINT RULE 26 REPORT** |

RICK R. OLIVAREZ, in his official capacity as City Attorney for the City of Inglewood.

Defendants.

**DECLARATION OF DAVID T. BARTELS**

I, David T. Bartels, declare as follows:

1. I am over the age of 18 years, an attorney at law duly licensed to practice before all state and federal courts in California and am a partner at Lawrence Bartels, LLP, counsel for Plaintiffs Thomas Lopez, Firearms Policy Coalition, Inc, and California Gun Rights Foundation (collectively "Plaintiffs") in this matter. I submit this declaration in response to the Court's Order Re: Scheduling Conference, ECF No. 32, and in support of the Renewed Joint Rule 26(f) Report submitted concurrently with this declaration. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. Counsel initially met and conferred over email concerning the Joint Rule 26 report. The various emails included myself and Chad Flores on behalf of Plaintiffs, George Mallory, Jr. on behalf of defendants City of Inglewood, Mark Fronterotta and Rick R. Olivarez (collectively the "Inglewood Defendants"), and Gabriel Dermer on behalf of defendants City of Los Angeles, James McDonnell and Hydee Feldstein Soto (collectively the "LA Defendants").

3. On October 5, 2026, I emailed all counsel a draft joint report. Counsel for the parties continued exchanging emails, and agreed to meet in person on October 7, 2026.

4. On October 7, 2026, counsel for all the parties met at 11 a.m. in the office of the Los Angeles City Attorney's Office. George Mallory, Jr. was present on behalf of the Inglewood Defendants, Gabriel Dermer was present on behalf of the LA Defendants, and I attended on behalf of the Plaintiffs. Chad Flores participated in the meeting telephonically. The meeting lasted for approximately an hour, and counsel discussed the issues required by Federal Rule of Civil Procedure 26(f), the Court's July 6, 2026 Order Setting Scheduling Conference (Dkt. 24), and the Court's August 10, 2026 Order (Dkt. 32), including potential discovery and motions, as well as potential settlement terms. Counsel agreed to discuss issues raised in the conference with their respective clients and to continue discussion on both the Joint Rule 26 report, as well as potential settlement.

5. The parties continued to meet and confer over email, finalizing the Joint Report on October 13, 2026.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 13th day of October, 2026, in Irvine, California.

DAVID T. BARTELS