David Bartels (SBN 209449)
dbartels@lawrencebartels.com
LAWRENCE BARTELS LLP
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618-3047
(949) 346-4646

Chad Flores
chad@chadflores.law
FLORES LAW PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

Attorneys for Plaintiffs Thomas Lopez,
Firearms Policy Coalition, Inc. and California Gun Rights Foundation

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LOPEZ, an individual; FIREARMS POLICY COALITION, INC., a Delaware nonprofit corporation; and CALIFORNIA GUN RIGHTS FOUNDATION, a California nonprofit corporation,<br><br>Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES, a California municipal corporation; JAMES McDONNELL, in his official capacity as Chief of Police of the City of Los Angeles; HYDEE FELDSTEIN SOTO, in her official capacity as City Attorney for the City of Los Angeles; CITY OF INGLEWOOD, a California municipal corporation; MARK FRONTEROTTA, in his official capacity as Chief of Police of the City of Inglewood; | No. 2:26-cv-06003-FMO-KS<br><br>**Notice of Lodging Joint Stipulation and [Proposed] Order for Final Judgment** |

RICK R. OLIVAREZ, in his official capacity as City Attorney for the City of Inglewood.

Defendants.

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Thomas Lopez, Firearms Policy Coalition, Inc, and California Gun Rights Foundation hereby lodge the following document with the Court pursuant to Local Rules 5-1 and 5-4.4:

**1. Joint Stipulation and [Proposed] Order for Final Judgment**, lodged concurrently herewith.

Respectfully submitted,

**LAWRENCE BARTELS LLP**

By: *<u>/s/ David T. Bartels</u>*
DAVID T. BARTELS
*Attorneys for Plaintiffs Thomas Lopez, Firearms Policy Coalition, Inc, and California Gun Rights Foundation*

**FLORES LAW PLLC**

By: *<u>/s/ Chad Flores</u>*
CHAD FLORES
*Attorneys for Plaintiffs Thomas Lopez, Firearms Policy Coalition, Inc, and California Gun Rights Foundation*

**FILER'S ATTESTTION OF CONCURRENCE**

I, David T. Bartels, attest that I am counsel for Plaintiffs. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: November 24, 2026 **LAWRENCE BARTELS LLP**

By: */s/ David T. Bartels*
DAVID T. BARTELS
*Attorneys for Plaintiffs Thomas Lopez, Firearms Policy Coalition, Inc, and California Gun Rights Foundation*