David Bartels (SBN 209449)
dbartels@lawrencebartels.com
LAWRENCE BARTELS LLP
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618-3047
(949) 346-4646

Chad Flores
chad@chadflores.law
FLORES LAW PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

Attorneys for Plaintiffs Thomas Lopez,
Firearms Policy Coalition, Inc. and California Gun Rights Foundation

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LOPEZ, an individual; FIREARMS POLICY COALITION, INC., a Delaware nonprofit corporation; and CALIFORNIA GUN RIGHTS FOUNDATION, a California nonprofit corporation,<br><br>Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES, a California municipal corporation; JAMES McDONNELL, in his official capacity as Chief of Police of the City of Los Angeles; HYDEE FELDSTEIN SOTO, in her official capacity as City Attorney for the City of Los Angeles; CITY OF INGLEWOOD, a California municipal corporation; MARK FRONTEROTTA, in his official capacity as Chief of Police of the City of Inglewood; | No. 2:26-cv-06003-FMO-KS<br><br>**Joint Stipulation and [Proposed] Order for Final Judgment** |

RICK R. OLIVAREZ, in his official capacity as City Attorney for the City of Inglewood.

Defendants.

Plaintiffs and Defendants the City of Los Angeles, James McDonnell, and Hydee Feldstein Soto ("the L.A. Defendants"), enter into this stipulation for entry of final judgment. This stipulation constitutes a contractual agreement between Plaintiffs and the Los Angeles Defendants based upon mutually dependent promises and valid consideration and is intended to yield a complete and final adjudication of all claims between them.

1. **Los Angeles Municipal Code § 55.14.** Los Angeles Municipal Code § 55.14 has been rendered facially unconstitutional in all of its applications and unenforceable and repealed by the Los Angeles City Council.

2. **California Code of Civil Procedure § 1021.11.** California Code of Civil Procedure § 1021.11 has been declared unconstitutional and permanently enjoined from enforcement by the Governor and Attorney General of California, and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, with respect to the parties to *Miller v. Bonta*, Case No. 3:22-cv-01446 (S.D. Cal.) and *South Bay Rod & Gun Club, Inc. v. Bonta*, Case No. 3:22-cv-01461.

3. **Permanent Injunction—§ 1021 As Applied Here.** The Los Angeles Defendants, together with the City of Los Angeles's officers, agencies, departments, employees, agents, servants, successors in office, and all persons in active concert or participation with any of them who receive actual notice

of the judgment, shall be permanently enjoined from enforcing, invoking, applying, threatening to enforce, or seeking fees, costs, penalties, sanctions, or other relief under California Code of Civil Procedure § 1021.11 against Plaintiffs with respect to this action.

4. **Monetary Award.** The City of Los Angeles shall within 150 days pay Plaintiff Firearms Policy Coalition, Inc. $30,000, inclusive of nominal damages, attorneys' fees, and costs.

5. This judgment fully resolves all claims between Plaintiffs and the Los Angeles Defendants. No claims remain pending between Plaintiffs and the Los Angeles Defendants.

6. Pursuant to Federal Rule of Civil Procedure 54(b), the parties request that the Court expressly determine that there is no just reason for delay and direct entry of final judgment as to the Los Angeles Defendants.

7. The Court retains jurisdiction to enforce this stipulation.

IT IS SO STIPULATED.

Respectfully submitted,

**LAWRENCE BARTELS LLP**

By: */s/ David T. Bartels*
DAVID T. BARTELS
*Attorneys for Plaintiffs Thomas Lopez, Firearms Policy Coalition, Inc, and California Gun Rights Foundation*

**FLORES LAW PLLC**

By: */s/ Chad Flores*
CHAD FLORES
*Attorneys for Plaintiffs Thomas Lopez, Firearms Policy Coalition, Inc, and California Gun Rights Foundation*

**CITY ATTORNEY OF LOS ANGELES**

By: */s/ Gabriel S. Dermer*
GABRIEL S. DERMER,
*Attorneys for Defendants City of Los Angeles, James McDonnell, and Hydee Feldstein Soto*

**IT IS SO ORDERED**

Dated: ________________

______________________________
Hon. Fernando M. Olguin
United States District Judge

**FILER'S ATTESTTION OF CONCURRENCE**

I, David T. Bartels, attest that I am counsel for Plaintiffs. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: November 23, 2026 **LAWRENCE BARTELS LLP**

By: */s/ David T. Bartels*
DAVID T. BARTELS
*Attorneys for Plaintiffs Thomas Lopez, Firearms Policy Coalition, Inc, and California Gun Rights Foundation*